**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Rafael RAMIREZ–MACIAS,**
**Defendant–Appellant.**

No. 06–30177.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 11, 2001.*

Filed Sept. 14, 2006.

Donald E. Kresse, Jr., Esq., USYA—Office of the U.S. Attorney, Yakima, WA, for Plaintiff–Appellee.

Tracy Staab, FPDWA—Federal Public Defender's Office, Spokane, WA, for Defendant–Appellant.

Before: PREGERSON, T.G. NELSON, and GRABER, Circuit Judges.

MEMORANDUM **

Rafael Ramirez–Macias appeals his 51–month sentence imposed following his guilty plea to being found in the United States after illegal re-entry, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Ramirez–Macias contends that the district court violated his constitutional rights by imposing a sentence in excess of the two-year maximum set forth in 8 U.S.C. § 1326(a) based on a prior conviction that was neither proved to a jury nor admitted during the plea colloquy. This contention is foreclosed by *United States v. Beng-Salazar*, 452 F.3d 1088, 1091 (9th Cir. 2006). Moreover, at the plea colloquy, Ramirez–Macias admitted that he had been deported on December 18, 1996, which was subsequent to his July 25, 1989 drug conviction.

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

